IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Corey Baker, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:08-3480-TLW-JRM |
| | ) | |
| United States Justice Department, Federal Bureau of Prisons; Southeast Regional Director Holt, et. al; Warden John R. Owens; AW Bobby Meeks; SIS Lt. Patterson; SIS Lt. T. Vaught; Captain Rayburn; Lt. V. Moreno, SHU Lt.; DHO J. Comstock, | ) ) ) ) ) ) ) ) | |
| | ) | |
|     Defendants. | ) ) | |

# ORDER

The plaintiff, Corey Baker ("plaintiff"), proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 1983. (Doc. #1). The case was referred to Magistrate Judge Joseph R. McCrorey pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(c), DSC.

On July 2, 2009, the defendants filed a motion to dismiss. (Doc. #34). The plaintiff did not respond to the motion to dismiss. On August 14, 2009, the Magistrate Judge issued a second order directing the plaintiff to advise the court whether he wishes to continue with his action and to file a response to the motion to dismiss within 15 days. (Doc. #39). To date, no response to the defendants' motion to dismiss has been filed.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #42). In the Report, the Magistrate Judge recommends that this action be dismissed with prejudice for lack

of prosecution. (Doc. #42). The plaintiff filed no objections to the report. Objections were due on September 24, 2009.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #42). For the reasons articulated by the Magistrate Judge, this action is, hereby, **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

s/Terry L. Wooten
United States District Judge

October 2, 2009
Florence, South Carolina